# Order

Michigan Supreme Court
Lansing, Michigan

June 24, 2014

148905

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAVON RAMON HURSTON,
      Defendant-Appellant.

SC: 148905
COA: 319160
Washtenaw CC: 12-001628-FC

_____/

On order of the Court, the application for leave to appeal the February 4, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014

t0616

Clerk